

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-25-00044-CR

Andrew **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR9933
Honorable Christine Del Prado, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Velia J. Meza, Justice

In accordance with the court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

It is so **ORDERED** on May 21, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court